Form 8
(10/05)

# United States Bankruptcy Court
## Southern District of Ohio

In re **Mary Ann Crooks**      Case No.
Debtor(s)      Chapter **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

■   I have filed a schedule of assets and liabilities which includes debts secured by property of the estate.

☐   I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.

■   I intend to do the following with respect to property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| **First Mortgage - Real Estate - Residence - 3 Grandview Ave., Jackson, OH 45640** | **Milton Banking Company** | | | | **X** |
| **2003 Toyota Camry** | **Milton Banking Company** | | | | **X** |
| **2003 Toyota Camry** | **Milton Banking Company** | | | | **X** |

| Description of Leased Property | Lessor's Name | Lease will be assumed pursuant to 11 U.S.C. § 362(h)(1)(A) |
|---|---|---|
| **-NONE-** | | |

Date **July 18, 2008**      Signature **/s/ Mary Ann Crooks**
     **Mary Ann Crooks**
     Debtor