# United States Bankruptcy Court
## Southern District of Ohio

In re  **Mary Ann Crooks**                                                                                    Case No.
Debtor(s)                                            Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:  **July 18, 2008**                    **/s/ Mary Ann Crooks**
                                                              **Mary Ann Crooks**
                                                              Signature of Debtor