UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

In re:   Mary Ann Crooks                                        Case No. 08-56848

        Debtor.                                             Judge C. Kathryn Preston

                                                                  Chapter 7

### CERTIFICATE OF SERVICE

A true copy of the Chapter 7 Individual Debtor's Statement of Intention was served by first class mail, postage prepaid, or served electronically, this _____4th_____ day of August 2008, on the parties listed below.

                                                                  /s/ Don E. Fuller
                                                                  Don E. Fuller - 0001059
                                                                  Attorney for debtor(s)
                                                                 19 W. Second Street
                                                                Chillicothe, OH  45601
                                                                (740) 773-1875

Names and addresses of parties served:

U.S. Trustee
170 North High St., Suite 200
Columbus, OH  43215

William B. Logan, Esq.
50 West Broad Street, Suite 1200
Columbus, OH  43215

Milton Banking Company
P.O. Box 268
Wellston, OH  45692-0258