UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

In re:   Mary Ann Crooks                                      Case No. 08-56848

                                                              Chapter 7
       Debtor.

                                               Judge C. Kathryn Preston

### CERTIFICATE OF COMPLIANCE WITH 11§ 521(a)(1)(B)(iv)

Now comes the debtor, by and through counsel, and hereby certifies that she has complied with 11§ 521(a)(1)(B)(iv) by providing to the Chapter 7 trustee, via regular U.S. Mail, copies of all payment advices and/or other evidence of payment she received within 60 days before the date of filing of the petition.

/s/ Don E. Fuller
Don E. Fuller - 0001059
Attorney for debtor(s)
19 W. Second Street
Chillicothe, OH  45601
(740) 773-1875

### Certificate of Service

A true copy of the foregoing Certificate of Compliance with 11§521(a)(1)(B)(iv) was served either electronically or by first class mail, postage prepaid, upon the parties whose names and addresses are listed below, this _____4th_____ day of August 2008.

/s/ Don E. Fuller
Don E. Fuller - 0001059
Attorney for debtor(s)
19 W. Second Street
Chillicothe, OH  45601
(740) 773-1875

Names and addresses of parties served:

U.S. Trustee, 170 North High St., Suite 200, Columbus, OH  43215
William B. Logan, Esq., 50 West Broad Street, Suite 1200, Columbus, OH  43215