UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE:

MARY ANN CROOKS                :        CASE NO. 2:08-bk-56848
                                        CHAPTER 7
       Debtor          :        JUDGE C. KATHRYN PRESTON


## ABANDONMENT

William B. Logan, Trustee of the above captioned matter, does hereby abandon the following described security:

2003 Toyota Camry, Serial #4T1BE32K33U644627

for the reason that said property is burdensome to the estate and is of inconsequential value.

    /s/William B. Logan                         .
WILLIAM B. LOGAN, TRUSTEE
8-20-08

H/s