UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE:

| | | |
|---|---|---|
| MARY ANN CROOKS | : | CASE NO. 2:08-bk-56848 |
| | | CHAPTER 7 |
| Debtor | : | JUDGE C. KATHRYN PRESTON |

ABANDONMENT

William B. Logan, Trustee of the above captioned matter, does hereby abandon the following described real estate:

Situated in the City of Jackson, County of Jackson and State of Ohio and bounded and described as follows:

Being Lot No. 2 of the Grandview Heights Addition to the City of Jackson, Ohio as shown upon the recorded plat of said Addition as recorded in Plat Book 4, Page 148 in the office of the recorder of Jackson County, Ohio, except the coal underlying said premises and subject to the easement of the Globe Iron Company to use the coal mine underlying said premises for storage of water granted by the Buckeye Mill and Lumber Company by a certain grant of easement recorded in Deed Record Vol. 141, Page 134, in the Office of the Recorder of Jackson County, Ohio.

Subject to easements, leases, rights-of-way, conditions and restrictions of record.

for the reason that said property is burdensome to the estate and is of inconsequential value.

　　　　　　　　　　　　　　　　　　　　　　/s/William B. Logan            .
　　　　　　　　　　　　　　　　　　　　　　WILLIAM B. LOGAN, TRUSTEE
　　　　　　　　　　　　　　　　　　　　　　8-20-08

H/s