IN THE UNITED STATES BANKRUPTCY COURT
For the SOUTHERN DISTRICT of OHIO
COLUMBUS DIVISION

| | | |
|---|---|---|
| In re:<br>Mary A. Crooks<br><br>Debtor(s) | )<br>)<br>)<br>)<br>) | Chapter: 7<br><br>REQUEST FOR SPECIAL NOTICE<br>Case Number: 08-56848<br>[No Hearing Required] |

TO THE CLERK:

      The undersigned attorneys for:
         HSBC BANK NEVADA, N.A.
            BON TON

a creditor of the above referenced debtor.

      Pursuant to the provisions of the Bankruptcy Code and Bankruptcy Rule 2002:

      REQUEST IS HEREBY MADE that HSBC BANK NEVADA, N.A. be given and served with all notices given or required to be given in the case as follows:

         HSBC BANK NEVADA, N.A.
         Bass & Associates, P.C.
         3936 E. Ft. Lowell Road, Suite #200
         Tucson, AZ 85712

      Accordingly, the undersigned attorney further requests that the foregoing name and address be added to the Master Mailing List.

Dated: 08/13/08
Account Number: ****************5981

         Respectfully submitted,
         Bass & Associates, P.C.

         By: /s/ Patti H. Bass  (AZ 016849)
            Attorneys for Creditor
            HSBC BANK NEVADA, N.A.
            3936 E Ft Lowell Rd Suite 200
            Tucson, AZ  85712-1083
            (520) 577-1544
            ecf@bass-associates.com