## CERTIFICATE OF SERVICE

I hereby certify that on 11/4/2008 a copy of the foregoing Request for Notice was served on the following registered ECF participants, **electronically** through the court's ECF System at the email address registered with the court:

**Don E Fuller**
fuller@horizonview.net

**William B Logan**
wlogan@lnlattorneys.com

**Asst US Trustee (Col)**
ustpregion09.cb.ecf@usdoj.gov

And on the following by **ordinary U.S. Mail** addressed to:

None

/s/ Patti H Bass
Patti H Bass, Esq.

Case # 08-56848