Form a0nclose

# United States Bankruptcy Court
## Southern District of Ohio
### 170 North High Street
### Columbus, OH 43215–2414

In Re:  Mary Ann Crooks

      Debtor(s)

SSN/TAX ID:
   xxx–xx–4617

Case No.: 2:08–bk–56848

Chapter:  7

Judge:  C. Kathryn Preston

## Notice Regarding Status of Case Closing

The above captioned case cannot be closed due to the following:

☐ No indication of the 341 Meeting Held

☐ Report of No Distribution or Final Report Needed

☐ Final Account (and Closing Certification, if applicable) Needed

☑ Pending Motion(s) / Application(s): [15] Motion for Relief from Stay real estate. Fee Amount $150 Filed by Creditor The Milton Banking Company (Attachments: # 1 Exhibit) (Heiser, Lawrence)

☐ Other:

Dated: January 5, 2009

                                  FOR THE COURT:
                                  Kenneth Jordan
                                  Clerk, U.S. Bankruptcy Court