Form a0nclose

# United States Bankruptcy Court
## Southern District of Ohio
### 170 North High Street
### Columbus, OH 43215−2414

In Re: Mary Ann Crooks

             Debtor(s)

SSN/TAX ID:
      xxx−xx−4617

Case No.: 2:08−bk−56848

Chapter:  7

Judge:   C. Kathryn Preston

## Notice Regarding Status of Case Closing

The above captioned case cannot be closed due to the following:

☐  No indication of the 341 Meeting Held

☐  Report of No Distribution or Final Report Needed

☐  Final Account (and Closing Certification, if applicable) Needed

☑  Pending Motion(s) / Application(s): [15] Motion for Relief from Stay real estate. Fee Amount $150 Filed by Creditor The Milton Banking Company (Attachments: # 1 Exhibit) (Heiser, Lawrence)

☐  Other:

Dated: January 5, 2009

FOR THE COURT:
Kenneth Jordan
Clerk, U.S. Bankruptcy Court

# CERTIFICATE OF NOTICE

```
District/off: 0648-2          User: rosanop          Page 1 of 1          Date Rcvd: Jan 05, 2009
Case: 08-56848               Form ID: a0nclose       Total Served: 2
```

The following entities were served by first class mail on Jan 07, 2009.
```
db          +Mary Ann Crooks,   3 Grandview Ave.,   Jackson, OH 45640-9089
            +Lawrence A Heiser,   Sixteen East Broadway,   Wellston, OH 45692-1226
```

The following entities were served by electronic transmission.
```
NONE.                                                                    TOTAL: 0
```

           ***** BYPASSED RECIPIENTS *****
```
NONE.                                                                    TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 07, 2009**                    **Signature:**    _Joseph Speetjens_