UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE:

| | | |
|---|---|---|
| MARY ANN CROOKS | : | CASE NO. 2:08-bk-56848 |
| | | CHAPTER 7 |
| Debtor | : | JUDGE C. KATHRYN PRESTON |

CERTIFICATION

The undersigned counsel for secured creditor, The Milton Banking Company, certifies as follows:

1) The title of the above Motion is Motion for Relief from Automatic Stay. The date the Motion was filed was August 20, 2008. The Motion contained the notice required and was properly served by LBR 9013-1A and was properly served.

2) There was no response or objection filed with the Clerk or received by myself, or the creditor.

/s/Lawrence A. Heiser            .
LAWRENCE A. HEISER
Ohio Sup. Ct. Reg. No.  0000631
Oths, Heiser & Miller, LLC
Sixteen East Broadway
P.O. Box 309
Wellston, Ohio  45692-0309
(740)  384-2111
Attorney for Secured Creditor,
The Milton Banking Company

H/s