Form a0ostyco

# UNITED STATES BANKRUPTCY COURT
## Southern District of Ohio
### 170 North High Street
### Columbus, OH 43215–2414

In Re: Mary Ann Crooks

      Debtor(s)

SSN/TAX ID:
    xxx–xx–4617

Case No.: 2:08–bk–56848

Chapter: 7

Judge: C. Kathryn Preston

## ORDER GRANTING MOTION FOR RELIEF
## FROM THE AUTOMATIC STAY AND/OR CODEBTOR STAY

On August 20, 2008, The Milton Banking Company ("Movant") filed a motion (Doc. 15) seeking relief from the automatic stay imposed by 11 U.S.C. § 362 and/or the codebtor stay imposed by 11 U.S.C. § 1201 or § 1301.

The Movant has filed a certification that complies with Local Bankruptcy Rule 9021–(a)(1), including a statement that service and notice have been made pursuant to Local Bankruptcy Rules 4001–1(b) and (c) and 9013–3(a) and that no timely response has been filed.

Therefore, under the authority granted by Local Bankruptcy Rules 4001–1(d), 9013–1(e) and and 9021–1(a), Movant is hereby granted relief from the stay imposed by 11 U.S.C. § 362(a) and/or relief from the codebtor stay imposed by 11 U.S.C. §1201 or § 1301 to pursue its in rem remedies under non–bankruptcy law regarding the collateral described in the motion.

Movant is not granted relief from stay to pursue or initiate any collection action against the Debtor(s) personally. Nothing in this Order shall be construed to permit the Movant, its successors or assigns to proceed in personam against the Debtor(s). The Movant shall not initiate any proceeding against the Debtor(s) personally, nor shall any personal judgment be entered against the Debtor(s), nor shall Movant pursue collection activities against the Debtor(s) other than as specifically authorized herein.

**IT IS SO ORDERED.**

**Dated: January 20, 2009**

_____
C. Kathryn Preston
United States Bankruptcy Judge

# CERTIFICATE OF NOTICE

```
District/off: 0648-2          User: rosanop              Page 1 of 1             Date Rcvd: Jan 20, 2009
Case: 08-56848                Form ID: a0ostyco          Total Served: 2

The following entities were served by first class mail on Jan 22, 2009.
db          +Mary Ann Crooks,    3 Grandview Ave.,    Jackson, OH 45640-9089
            +B Lee Hubbard Treasurer,    c/o Jonathan Blanton,    Prosecuting Attorney,   295 Broadway Suite 100,
              Jackson, OH 45640-1701
The following entities were served by electronic transmission.
NONE.                                                                                                TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Jan 22, 2009**                    **Signature:** _Joseph Speetjens_